UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

_____

Low and Low, L.L.C.
505 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 343-4040
Russell L. Low, Esq. No. 4745
Attorney for the Debtor

In Re:

Angelita Rivera

**Order Filed on June 20, 2018
by Clerk, U.S. Bankruptcy
Court - District of New Jersey**

Case No.:          18-10234

Chapter:               13

Judge:                 SLM

## ORDER RESPECTING REQUEST FOR EXTENSION
## OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: June 20, 2018**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on ___January 25, 2018___ :

Property:        43 Palisade Avenue Garfield, NJ 07026 _____

Creditor:        Nationstar Mortgage LLC _____

and a Request for

☒  Extension of the 90 day Loss Mitigation Period having been filed by _____Russell L. Low_____ , and for good cause shown

☐  Early Termination of the Loss Mitigation Period having been filed by _____ , and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____9/12/18_____ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*

2