Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−10234−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Angelita Rivera
  43 Palisade Avenue
  Garfield, NJ 07026

Social Security No.:
  xxx−xx−0492

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 11/19/18.

Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: November 19, 2018
JAN: apc

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 18-10234-SLM
Angelita Rivera                                                         Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 3              Date Rcvd: Nov 19, 2018
                              Form ID: 148             Total Noticed: 61

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 21, 2018.
```
db          +Angelita Rivera,    43 Palisade Avenue,    Garfield, NJ 07026-3107
517263466    Acs/dept Of Ed,    C/o Acs,    Utica, NY 13501
517263468   +Avco Finance,    3300 S Parker Rd,    Aurora, CO 80014-3518
517263475   +Chase,    Po Box 523,    Madison, MS 39130-0523
517263478   +Christhoper Pelino D.C.,    ATTN: David B. Watner,    1129 Bloomfield Avenue,    Suite,
              Caldwell, NJ 07006-7127
517263505   +Christopher K.Pellino, MD,    7717 Bergenfield Avenue,    North Bergen, NJ 07047-4966
517263484   +Citibankna,    1000 Technology Dr,    O Fallon, MO 63368-2239
517263488   +Emergency Medical Associates,    ATTN: B&B Collections, Inc.,    PO Box 2137,
              Toms River, NJ 08754-2137
517263489   +GC Service Limited Partnership,    PO Box 32500,    Columbus, OH 43232-0500
517263490   +Gdyr/cbusa,    Po Box 20483,    Kansas City, MO 64195-0483
517263491   +Gtwy/cbusa,    Attn: Centralized Bankruptcy,    Po Box 20507,    Kansas City, MO 64195-0507
517263496   +Lexicon,    640 S. San Vicente,    Los Angeles, CA 90048-4654
517263499   +Mandee,    401 Hackensack Ave,    Hackensack, NJ 07601-6411
517263500   +Nationstar Mortgage LI,    350 Highland,    Houston, TX 77009-6623
517365645   +Nationstar Mortgage LLC d/b/a Mr. Cooper,    Bankruptcy Department, PO Box 619094,
              Dallas, Texas 75261-9094
517263504   +Northland Group,    7831 Glenroy Road, #350,    Edina, MN 55439-3133
517263472   +Robert B.Bidas, DC,    83 River Drive,    Garfield, NJ 07026-3127
517263508   +St. Joseph Medical Center,    155 Jefferson Street,    Newark, NJ 07105-1706
517296483   +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
517655340   +US Bank Trust National Association,    c/o BSI Financial Services,    1425 Greenway Dr., ste 400,
              Irving TX 75038-2480
517263509    United Collection Bureau, Inc.,    PO Box 140190,    Toledo, OH 43614-0190
517263510    United Recovery Systems,    5800 Nortyh Course Drive,    Houston, TX 77072
517263511   +Valentine & Kebartas, Inc.,    PO Box 325,    Lawrence, MA 01842-0625
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: usanj.njbankr@usdoj.gov Nov 20 2018 01:14:01     U.S. Attorney,   970 Broad St.,
              Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 20 2018 01:13:58     United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
              Newark, NJ 07102-5235
517263467   +EDI: BECKLEE.COM Nov 20 2018 06:28:00     American Express,    c/o Becket and Lee LLP,
              Po Box 3001,   Malvern, PA 19355-0701
517263471    EDI: BANKAMER.COM Nov 20 2018 06:33:00      Bank Of America,    4161 Piedmont Pkwy,
              Greensboro, NC 27410
517263469   +EDI: BANKAMER2.COM Nov 20 2018 06:29:00     Bac/fleet-bkcard,    200 Tournament Dr,
              Horsham, PA 19044-3606
517263470   +EDI: BANKAMER2.COM Nov 20 2018 06:29:00     Bank Of America,    Po Box 17054,
              Wilmington, DE 19850-7054
517263479    EDI: CITICORP.COM Nov 20 2018 06:32:00      Citibank Na,    Attn.: Centralized Bankruptcy,
              Po Box 20507,   Kansas City, MO 64195
517263480    EDI: CITICORP.COM Nov 20 2018 06:32:00      Citibank Sd, Na,   Attn: Centralized Bankruptcy,
              Po Box 20507,   Kansas City, MO 64195
517263483    EDI: CITICORP.COM Nov 20 2018 06:32:00      Citibank Usa/Home Depot,
              Attn.: Centralized Bankruptcy,    Po Box 20363,    Kansas City, MO 64195
517274228   +EDI: AISACG.COM Nov 20 2018 06:33:00     Capital One Auto Finance, a division of Capital On,
              AIS Portfolio Services, LP,    4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
517290846   +EDI: AISACG.COM Nov 20 2018 06:33:00     Capital One Auto Finance, c/o AIS Portfolio Servic,
              P.O. Box 4360,   Houston, TX 77210-4360
517263473   +EDI: AIS.COM Nov 20 2018 06:24:00     Capital One, N.a.,    C/O American Infosource,
              Po Box 54529,   Oklahoma City, OK 73154-1529
517263474   +E-mail/Text: acevedom@carico.com Nov 20 2018 01:13:25     Carico International,
              2851 Cypress Creek,    Fort Lauderdal, FL 33309-1781
517263476   +EDI: CHASE.COM Nov 20 2018 06:31:00     Chase,    P.o. Box 15298,   Wilmington, DE 19850-5298
517263485    EDI: COLLECTCORP.COM Nov 20 2018 06:31:00      Collectcorp,    PO Box 101928,
              Birmingham, AL 35210-6928
517263486    EDI: RCSDELL.COM Nov 20 2018 06:26:00      Dell Financial Services,    Attn: Bankruptcy Dept.,
              Po Box 81577,   Austin, TX 78708
517263487   +E-mail/Text: electronicbkydocs@nelnet.net Nov 20 2018 01:14:04     Dept Of Education/neln,
              121 S 13th St,   Lincoln, NE 68508-1904
517263492   +EDI: HFC.COM Nov 20 2018 06:33:00     Hsbc Bank,    Po Box 5253,   Carol Stream, IL 60197-5253
517263493   +EDI: HFC.COM Nov 20 2018 06:33:00     Hsbc/rs,    90 Christiana Rd,   New Castle, DE 19720-3118
517263494   +EDI: HFC.COM Nov 20 2018 06:33:00     Hsbc/seamn,    90 Christiana Road,
              New Castle, DE 19720-3118
517263495   +EDI: CHASE.COM Nov 20 2018 06:31:00     JP Morgan Chase,    PO Box 659409,
              San Antonio, TX 78265-9409
517263497    E-mail/Text: camanagement@mtb.com Nov 20 2018 01:13:31     M & T Bank,    Attn: Bankruptcy,
              1100 Wehrle Dr  2nd Floor,    Williamsville, NY 14221
517375690   +EDI: MID8.COM Nov 20 2018 06:29:00     MIDLAND FUNDING LLC,    PO BOX 2011,
              WARREN MI 48090-2011
```

```
District/off: 0312-2           User: admin              Page 2 of 3            Date Rcvd: Nov 19, 2018
                               Form ID: 148             Total Noticed: 61


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
517263498         +EDI: TSYS2.COM Nov 20 2018 06:30:00      Macys/fdsb,    Attn: Bankruptcy,    Po Box 8053,
                   Mason, OH 45040-8053
517263501         +E-mail/Text: electronicbkydocs@nelnet.net Nov 20 2018 01:14:04       Nelnet Lns,
                   Attention: Claims,    Po Box 17460,    Denver, CO 80217-0460
517377923          EDI: Q3G.COM Nov 20 2018 06:36:00      Quantum3 Group LLC as agent for,
                   Genesis Consumer Funding LLC,    PO Box 788,    Kirkland, WA   98083-0788
517378880          EDI: Q3G.COM Nov 20 2018 06:36:00      Quantum3 Group LLC as agent for,    Comenity Bank,
                   PO Box 788,    Kirkland, WA   98083-0788
517378884          EDI: Q3G.COM Nov 20 2018 06:36:00      Quantum3 Group LLC as agent for,    Comenity Capital Bank,
                   PO Box 788,    Kirkland, WA   98083-0788
517377924          EDI: Q3G.COM Nov 20 2018 06:36:00      Quantum3 Group LLC as agent for,    MOMA Funding LLC,
                   PO Box 788,    Kirkland, WA   98083-0788
517263507         +EDI: SEARS.COM Nov 20 2018 06:32:00      Sears/cbsd,    8725 W. Sahara Ave,
                   The Lakes, NV 89163-0001
517263506         +EDI: SEARS.COM Nov 20 2018 06:32:00      Sears/cbsd,    Po Box 6189,    Sioux Falls, SD 57117-6189
517264480         +EDI: RMSC.COM Nov 20 2018 06:33:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                   PO Box 41021,    Norfolk, VA 23541-1021
517385279         +EDI: RMSC.COM Nov 20 2018 06:33:00      Synchrony Bank,    c/o PRA Receivables Management, LLC,
                   PO Box 41021,    Norfolk VA 23541-1021
517286581         +E-mail/Text: electronicbkydocs@nelnet.net Nov 20 2018 01:14:04       U.S. Department of Education,
                   C/O Nelnet,    121 South 13th Street, Suite 201,    Lincoln, NE 68508-1911
517263512         +EDI: VERIZONCOMB.COM Nov 20 2018 06:23:00      Verizon New York Inc,    500 Technology Dr,
                   Weldon Spring, MO 63304-2225
517263513         +EDI: TSYS2.COM Nov 20 2018 06:30:00      Visdsnb,    Attn: Bankruptcy,    Po Box 8053,
                   Mason, OH 45040-8053
517263514         +EDI: WFNNB.COM Nov 20 2018 06:31:00      Wfnnb/nyco,    220 W Schrock Rd,
                   Westerville, OH 43081-2873
517263515         +EDI: WFNNB.COM Nov 20 2018 06:31:00      Wfnnb/victorias Secret,    220 W Schrock Rd,
                   Westerville, OH 43081-2873
                                                                                               TOTAL: 38

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*              +Capital One Auto Finance, a division of Capital On,    AIS Portfolio Services, LP,
                  4515 N Santa Fe Ave. Dept. APS,    Oklahoma City,, OK 73118-7901
cr*              +Synchrony Bank c/o PRA Receivables Management, LLC,    PO BOX 41021,    Norfolk, VA 23541-1021
517263481*       ++CITIBANK,   PO BOX 790034,    ST LOUIS MO 63179-0034
                  (address filed with court: Citibank Sd, Na,    Attn: Centralized Bankruptcy,    Po Box 20507,
                  Kansas City, MO 64195)
517263482*       ++CITIBANK,   PO BOX 790034,    ST LOUIS MO 63179-0034
                  (address filed with court: Citibank Sd, Na,    Attn: Centralized Bankruptcy,    Po Box 20507,
                  Kansas City, MO 64195)
517263477*       +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
517263502*       +Nelnet Lns,    Attention: Claims,    Po Box 17460,    Denver, CO 80217-0460
517263503*       +Nelnet Lns,    Attention: Claims,    Po Box 17460,    Denver, CO 80217-0460
517345140*       +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
517354030*       +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
517539749*       +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
517655341*       +US Bank Trust National Association,    c/o BSI Financial Services,    1425 Greenway Dr., ste 400,
                  Irving TX 75038-2480
                                                                                               TOTALS: 0, * 11, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 21, 2018                                        Signature:  /s/Joseph Speetjens

```
District/off: 0312-2              User: admin                   Page 3 of 3                 Date Rcvd: Nov 19, 2018
                                  Form ID: 148                  Total Noticed: 61
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 19, 2018 at the address(es) listed below:
              Charles G. Wohlrab    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               cwohlrab@logs.com,   njbankruptcynotifications@logs.com
              Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Jason Brett Schwartz    on behalf of Creditor    Capital One Auto Finance, a division of Capital
               One, N.A. Department jschwartz@mesterschwartz.com
              Kevin Gordon McDonald    on behalf of Creditor    Toyota Motor Credit Corporation
               kmcdonald@blankrome.com,   bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Russell L. Low    on behalf of Debtor Angelita  Rivera rbear611@aol.com,
               ecf@lowbankruptcy.com;r57808@notify.bestcase.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                 TOTAL: 7
```